UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT D. MANTZ,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Civil Action No. 09-12010-JLT

ORDER

January 19, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that:

1. Defendants Wells Fargo and AHMSI's <u>Motion to Dismiss</u> [#10] is ALLOWED.

2. Defendant Option One's <u>Motion to Dismiss</u> [#18] is ALLOWED.

3. Plaintiff's <u>Cross Motion for Summary Judgment</u> [#13] is DENIED.

4. Plaintiff's <u>Cross Motion for Summary Judgment</u> [#20] is DENIED.

5. This case is CLOSED.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge